Case 1:11-cv-04759-NG-RML   Document 12   Filed 06/29/12   Page 1 of 1 PageID #: 73



| | THE CITY OF NEW YORK | |
|---|:---:|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **WESLEY E. BAUMAN**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0517<br>Fax: (212) 788-9776<br>wbauman@law.nyc.gov |

June 29, 2012

**VIA ECF**
Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Thompson v. City of New York, et al
                 11 Cv. 4759 (NG)(RML)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. On June 29, 2012 the parties agreed to settle this case, in principle. The parties are in the process of preparing the required settlement paperwork for the Court's endorsement. Accordingly, the parties respectfully request that the current briefing schedule for defendant City's motion to dismiss be adjourned indefinitely pending the completion of settlement.

                                  Respectfully submitted,

                                    /S/

                                  Wesley E. Bauman
                                  Assistant Corporation Counsel
                                  Special Federal Litigation Division

cc:    Hon. Robert M. Levy (by ECF)
         Christopher D. Wright, Esq. (by ECF)